**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANIE LEANNE SOUZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:23-cv-00675-JLT-GSA<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, DENYING THE APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE<br><br>(Docs. 2, 4.) |

Plaintiff Joanie Leanne Souza initiated this action by filing a complaint for judicial review of the administrative decision denying her application for Social Security benefits. (Doc. 1.) Plaintiff filed an application to proceed *in forma pauperis*. (Doc. 2.) The magistrate judge entered Findings and Recommendations to deny the application to proceed *in forma pauperis* and to direct Plaintiff to pay the filing fee. (Doc. 4.) The Findings and Recommendations advised Plaintiff that objections were due within 14 days thereof (L.R. 304(b)) and that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)). Plaintiff has filed no objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the Findings and Recommendations are

supported by the record and proper analysis.  Based upon the foregoing, the Court **ORDERS**:

    1.    The Findings and Recommendations (Doc. 4) are **ADOPTED**.

    2.    Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is **DENIED.**

    3.    Plaintiff is **DIRECTED** to pay the required filing fee within 30 days of the entry of this order.

IT IS SO ORDERED.

Dated:   **June 9, 2023**

UNITED STATES DISTRICT JUDGE