**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANIE LEANNE SOUZA, | Case No.: 1:23-cv-00675-JLT-GSA |
| Plaintiff, | ORDER DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff having paid the filing fee pursuant to the Court's order, the Clerk of Court is **DIRECTED** to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

IT IS SO ORDERED.

Dated: **July 10, 2023**            **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

1