JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joanie Leanne Souza, <br> Plaintiff, <br> vs. <br> Kilolo Kijakazi, Acting Commissioner of Social Security, <br> Defendant. | Case No. 1:23-cv-00675-JLT-GSA <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from August 16, 2023 to October 16, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of August 14, 2023 and August 21, 2023,

1

1  Counsel currently has 14 merit briefs, and several letter briefs and reply briefs.
2  Counsel requires additional time to brief the issues thoroughly for the Court's
3  consideration. Defendant does not oppose the requested extension.  Counsel
4  apologizes to the Defendant and Court for any inconvenience this may cause.

                                      Respectfully submitted,

Dated:          August 11, 2023     PENA & BROMBERG, ATTORNEYS AT LAW


                            By: */s/ Jonathan Omar Pena*
                                JONATHAN OMAR PENA
                                Attorneys for Plaintiff


Dated: August 11, 2023          PHILLIP A. TALBERT
                                United States Attorney
                                MATHEW W. PILE
                                Associate General Counsel
                                Office of Program Litigation
                                Social Security Administration


                          By:  **/s/ Oscar Gonzalez de Llano*
                                Oscar Gonzalez de Llano
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                (*As authorized by email on August 11, 2023)

## **ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: __August 14, 2023__             _____/s/ Gary S. Austin_____
                                             UNITED STATES MAGISTRATE JUDGE