# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANIE LEANNE SOUZA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | 1:23-cv-00675-GSA<br><br>**ORDER DIRECTING REMAND AND ENTRY OF JUDGMENT**<br><br>**(Doc. 15, 17)** |

As stipulated (Doc. 17), this case is **remanded** to the Commissioner for further proceedings per 42 U.S.C. 405(g) sentence four. Judgment is **directed** for Plaintiff.

IT IS SO ORDERED.

Dated:  **November 16, 2023**                **/s/ Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE