UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANIE LEANNE SOUZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:23-cv-0675 JLT GSA<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br>(Doc. 17)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF JOANIE LEANNE SOUZA AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

　　　　Joanie Leanne Souza and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on November 14, 2023. (Doc. 17.)  Pursuant to the terms of the stipulation, an administrative law judge shall "re-evaluate the opinion of Charles DeBattista, M.D., reassess the residual functional capacity, offer Plaintiff an opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.." (*Id*. at 1.)  The parties also stipulated judgment shall be entered in favor of Plaintiff and against the Defendant. (*Id*.)  Based upon the terms of the stipulation, the Court **ORDERS**:

　　　　1.　　　　The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

1

2. Plaintiff's motion for summary judgment (Doc. 15) is terminated as **MOOT**.

3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Joanie Leanne Souza and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **November 16, 2023**

_____
UNITED STATES DISTRICT JUDGE